

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-22-00283-CR

**EX PARTE** Amanda Marie **MONTOYA**

From the 227th Judicial District Court, Bexar County, Texas
Trial Court No. 2016CR11671
Honorable Kevin M. O'Connell, Judge Presiding

BEFORE JUSTICE CHAPA, JUSTICE RIOS, AND JUSTICE VALENZUELA

In accordance with this court's opinion of this date, the trial court's November 30, 2021 order denying appellant Amanda Marie Montoya's pretrial application for writ of habeas corpus is AFFIRMED.

SIGNED June 7, 2023.

Luz Elena D. Chapa, Justice